

## TOPTANI*LAW* PLLC

375 Pearl Street, Suite 1410, New York, New York 10038

November 13, 2018

Ruby J. Krajick, Clerk of the Court
United States District Court (S.D.N.Y.)
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:** *City Merchandise Inc. v. Balenciaga America, Inc., Balenciaga, S.A. and Demna Gvasalia and ABC Companies*
> <u>**Civil Action No. 1:18-cv-06748 (JSR)**</u>

Dear Clerk Krajick:

Pursuant to the Clerk's Office Foreign Mailing Instructions for the Southern District of New York, attached hereto please find a copy of the applicable Federal Express tracking information confirming service of the summons and first amended complaint on defendant Demna Gvasalia at 40 rue de Sevres, Paris, France on October 29, 2018, in accordance with Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/Edward Toptani*

Edward Toptani

Enclosure



November 6,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **810835554529**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | A.CHRISTOPHER | **Delivery location:** | 40 RUE DE SEVRES PARIS 75007 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Oct 29, 2018 10:30 |
| **Special Handling:** | Deliver Weekday | | |
| | Airbill Automation | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 810835554529 | **Ship date:** | Oct 26, 2018 |
| | | **Weight:** | 1.4 lbs/0.6 kg |

**Recipient:**
DEMNA GUASALIA
BALENCIAGA,
40 RUE DE SEVRES
PARIS 75007 FR

**Shipper:**
375 PEARL ST
TOPTANILAW
375 PEARL ST.
SUITE 1410
NEW YORK, NY 10038 US

Thank you for choosing FedEx.