UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY MERCHANDISE INC., <br><br> Plaintiff, <br><br> v. <br><br> BALENCIAGA AMERICA, INC., BALENCIAGA, S.A., and DEMNA GVASALIA; and ABC COMPANIES, <br><br> Defendants. | Case No. 18-cv-6748 (JSR) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated: January 10, 2018

**BROWN RUDNICK LLP**

By: _____
Jill L. Forster
jforster@brownrudnick.com
Seven Times Square
New York, New York 10036
(212) 209-4800 (telephone)
(212) 209-4801 (facsimile)

Edward J. Naughton (*pro hac vice*)
enaughton@brownrudnick.com
One Financial Center
Boston, MA 02111
(617) 856-8200 (telephone)
(617) 856-8201 (facsimile)

*Attorneys for Defendants*

**TOPTANI LAW PLLC**

By: _____
Edward Toptani (ET6703)
375 Pearl Street,
Suite 1410
New York, New York 10038
Tel. (212) 699-8930
edward@toptanilaw.com

*Attorney for Plaintiff,*
   *CITY MERCHANDISE, INC*